USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Red Hook Container Terminal, LLC,

        Plaintiff,

–v–

South Pacific Shipping Co. Ltd., et al.,

        Defendants.

15-cv-1483 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are hereby ORDERED to submit a joint letter on or before January 28, 2022, indicating next steps following the Second Circuit's remand in this case. *See* Dkt. No. 140.

    SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge