```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Red Hook Container Terminal, LLC,

               Plaintiff,

    –v–

South Pacific Shipping Co. Ltd., et al.,

               Defendants.

15-cv-1483 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' joint letter. Dkt. No. 146. The parties are ORDERED to confer on the two issues on which they disagree as outlined in their joint letter. If they are able to reach agreement, the parties are ORDERED to submit a proposed amended judgment on or before February 18, 2022. If disagreement remains, they are ORDERED to propose a briefing schedule on the two issues by that same date.

    SO ORDERED.

Dated: February 3, 2022
      New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge